UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------X

United States of America,

                v.

Mamadu Kamara,

                Defendant.

----------------------------------------------------------X

**Order of Restitution**

**10 Cr. 1303 (SAS)**

Upon the application of the United States of America, by its attorney, Preet Bharara,

United States Attorney for the Southern District of New York, Alvin Bragg and James Pastore,

Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction

on Count One of the above Indictment; and all other proceedings in this case, it is hereby

ORDERED that:

    1.    Mamadu Kamara, the Defendant, shall pay the following restitution to the

following entities at the addresses listed below:

        a.    TD Bank
              Attn: Corporate Security
              9000 Atrium Way
              Mount Laurel, New Jersey 08054
              Case No. 09-154-98/Re: Mamdu Kamara
              Amount: $66,040

        b.    Wells Fargo Bank
              Wells Fargo Cards Services/Consumer Lending
              Fraud Claims MACA0314-045
              P.O. Box 4039
              Concord, CA 94520-9920
              Amount: $12,328

6.2011

  2.  Upon advice of a change of address by TD Bank or Wells Fargo Bank, the Clerk

of the Court is authorized to send payments to the new address without further order of this

Court.

Dated: New York, New York
   March 23, 2012

                _____
            THE HONORABLE SHIRA A. SCHEINDLIN
            UNITED STATES DISTRICT JUDGE

6.2011